No. 160, October Term, 1944. ELGIN, JOLIET & EASTERN RAILWAY CO. *v.* BURLEY ET AL. October 15, 1945. The petition for rehearing is granted. MR. JUSTICE BUR-

TON took no part in the consideration or decision of this application. *Mr. Paul R. Conaghan* for petitioner. Briefs were filed on behalf of the United States, the Congress of Industrial Organizations and certain affiliated organizations, and the Railway Labor Executives' Association, as *amici curiae,* in support of the petition. See 325 U. S. 711.